IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LARRY D. DAVIS, SR.<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN, Acting Commissioner for Social Security Administration, and KIM BROACH, Field Office Director for Social Security Administration,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>1:16-CV-4246-WSD-CMS |

## REPORT AND RECOMMENDATION

Plaintiff Larry D. Davis, Sr., is proceeding <u>pro se</u> and <u>in forma pauperis</u> in this civil action. (Docs. 2, 3). Summons were issued for Defendants on December 5, 2016, and a certified mail return receipt was docketed on December 14, 2016, indicating that the summonses were delivered to the appropriate offices. (Docs. 5, 6).

On January 3, 2017, Mr. Davis filed a motion titled "EMERGENCY Motion for Injunctive relief" seeking a hearing in this civil action, noting that his requests for a hearing in the underlying administrative proceeding were not granted. (Doc. 7). Mr. Davis asserts that the denial of his prior requests for a hearing violated the

Social Security Administration's administrative rules and violated his rights under the due process clause of the Fifth and Fourteenth Amendments to the United States Constitution. (Doc. 7 at 2). Mr. Davis asserts that the uncertainty regarding the amount of his benefit award has left him "unable to prepare a plan for managing his financial affairs for 2017[.]" (Id.).

While the Court is sympathetic to Mr. Davis's desire to prepare a plan to manage his finances, his request fails to establish good cause to grant an immediate hearing and fails to show that irreparable injury, loss, or damage will result if a hearing is not held within 72 hours, as requested. Accordingly, I **RECOMMEND** that Mr. Davis's "EMERGENCY Motion for Injunctive relief" (Doc. 7) be **DENIED**.

**SO REPORTED AND RECOMMENDED**, this 12th day of January, 2017.

_Catherine Salinas_
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE